UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| JAMES FREDERICK UNDERWOOD, | ) | No. 01-00624 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | |
| | ) | |
| BERTHA R. UNDERWOOD, | ) | No. 01-00625 |
| | ) | |
| Debtor. | ) | |

FILED
JAN 0 6 2003
Denise H. Curtis, Clerk
U.S. Bankruptcy Court for D.C.

FILED AND ENTERED
FEB 10 2004
Denise H. Curtis, Clerk -
U.S. Bankruptcy Court for D.C.

ORDER APPROVING COMPROMISE

Upon Consideration of the Trustee's Motion To Approve Compromise, and the lack of an objection thereto, and the Court having also approved the same compromise in Case No. 03-0956, it is this 8th day of February, 2004

ORDERED, that the following compromise between the Trustee and Lorraine B. Wilson ("Wilson"), a Chapter 11 Debtor in Case No. 03-0956 on the docket of this Court, of the Trustee's judgment against Wilson entered on May 23, 2002 in Adversary Proceeding Nos. 01-10175 and 01-10176 ("the Judgment") is approved in Case Nos. 01-00624 and 01-00625:

In addition to $15,000 already paid to the Trustee, Wilson will pay the Trustee $50,000 in full satisfaction of the Judgment on or before January 31, 2004, for a total of $65,000.

IT IS FURTHER ORDERED, that the Debtors Bertha A. Underwood and James Frederick Underwood may not exempt any portion of the proceeds of the Judgment; and it is further

ORDERED, that for administrative convenience the Trustee may allocate or transfer the Judgment proceeds between the two captioned cases as reasonably necessary for the purpose of effecting payment of all pre-petition claims in both cases in full, all Clerk's administrative expense filing fees in both cases in full, and all Court-approved Trustee's commissions, Trustee's expenses, Trustee's attorney's fees and expenses, and Trustee's realtor's commissions in both cases in full (or in such reduced amount as may be agreed among the Trustee, his attorney, and his realtor); and it is further

ORDERED, that the Trustee or Wilson may record a copy of this Order Approving Compromise as evidence of the Trustee's release of the recorded Judgment, but such recordation is not required.

S. Martin Teel, Jr.
U.S. Bankruptcy Judge

cc:

United States Trustee
115 S. Union Street
Plaza Level - Suite 210
Alexandria, VA 22314

Kevin R. McCarthy
8180 Greensboro Drive - Suite 875
McLean, VA 22102

Nnenna O. Chuku, Esq.
6475 New Hampshire Ave., Suite 500 C
Takoma Park, Md. 20783

James F. Underwood
1344 Girard St., N.W.
Washington, D.C. 20009

Bertha R. Underwood
1344 Girard St., N.W.
Washington, D.C. 20009

David Lynn, Esq.
666 11th Street, NW
Washington, DC 20001

Bayamesa, Inc.
1420 11th Street, NW
Washington, DC 20001